JS - 6
O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO ENRIQUE FONTES, | No. EDCV 16-247 JGB (FFM) |
| Plaintiff, | |
| v. | JUDGMENT |
| SAN BERNARDINO COUNTY SHERIFF DEPARTMENT and WEST VALLEY DETENTION CENTER MEDICAL STAFF AND MENTAL STAFF/ARROWHEAD REGIONAL MEDICAL CENTER, | |
| Defendants. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: July 20, 2018

JESUS G. BERNAL
United States District Judge